IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID ELLIOT, et al., )
)
        Plaintiffs, )
) Civil No. 07-6246-TC
v. )
) ORDER
U.S. GOVERNMENT, )
)
        Defendant. )
)

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on November 5, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

1   - ORDER

Plaintiffs have timely filed objections. I have, therefore, given _de novo_ review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed November 5, 2007, in its entirety. Plaintiffs' amended complaint (#7) is dismissed _sua sponte_ with prejudice for failure to state a claim. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 18th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER